UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA ELENA GARCIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF FARMERSVILLE, et al.,<br><br>Defendants. | Case No. 1:21-cv-00482-NONE-EPG<br><br>ORDER REGARDING STIPULATION FOR LEAVE TO FILE PLAINTIFFS' FIRST AMENDED COMPLAINT<br><br>(ECF No. 7) |

Pursuant to the stipulation of the parties (ECF No. 7), IT IS ORDERED that Plaintiffs may file a First Amended Complaint. Plaintiffs' First Amended Complaint shall be filed within fourteen (14) days of entry of this order.

IT IS SO ORDERED.

Dated:  **March 30, 2021**                    /s/ Erica P. Grosjean
                                                                UNITED STATES MAGISTRATE JUDGE

1