UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| MARIA ELENA GARCIA, et al., | Case No. 1:21-cv-00482-JLT-EPG |
|---|---|
| Plaintiffs, | |
| v. | ORDER MODIFYING SCHEDULING ORDER |
| CITY OF FARMERSVILLE, et al., | (ECF No. 33) |
| Defendants. | |

As discussed at the Mid-Discovery Status Conference held on February 17, 2022, IT IS HEREBY ORDERED that the Scheduling Order (ECF No. 33) is modified as follows:

| **Event** | **Deadline/Date** |
|---|---|
| Nonexpert Discovery Cutoff: | May 6, 2022 |
| Expert Disclosure: | June 13, 2022 |
| Rebuttal Expert Disclosure: | July 11, 2022 |
| Expert Discovery Cutoff: | August 12, 2022 |
| Dispositive Motion Filing: | September 23, 2022 |

1

| Pretrial Conference | Date: February 10, 2023<br>Time: 1:30 PM<br>Dept: 4 (JLT) |
|---|---|

No trial date has been set. All other terms and conditions of the Scheduling Order (ECF No. 33) remain in full force and effect.

Additionally, on or before **April 15, 2022**, the parties shall <u>jointly</u> email Courtroom Deputy Michelle Rooney (mrooney@caed.uscourts.gov) regarding their plans to participate in an alternative dispute resolution process and whether they would like to request a settlement conference with a United States Magistrate Judge.

IT IS SO ORDERED.

Dated: __**February 17, 2022**__      /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

2