Yana G. Henriks, Esq. (SBN: 250638)
Email: yhenriks@law-mh.com
Justice Turner, Esq. (SBN: 336579)
Email: jturner@law-mh.com
**McMURRAY HENRIKS, LLP**
811 Wilshire Blvd., Suite 1640
Los Angeles, California 90017
Telephone: (323) 931-6200
Facsimile: (323) 931-9521
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA ELENA GARCIA, an individual; ADRIEANA GARCIA, an individual; C.G., a minor by and through his *guardian ad litem* Maria Elena Garcia; S.G., a minor by and through her *guardian ad litem* Maria Elena Garcia; J.G., a minor by and through her *guardian ad litem* Maria Elena Garcia; and GLORIA GARCIA; an individual,<br>    Plaintiffs,<br><br>v.<br><br>CITY OF FARMERSVILLE, a California municipal entity; TULARE COUNTY, a California municipal entity; CITY OF VISALIA, a California municipal entity; OFFICER EDUARDO CARRILLO, an individual; OFFICER DIEGO CORONA, an individual; OFFICER JEREME BROGAN, an individual; OFFICER PAULINO MANZANO, an individual; SERGEANT RALPH VASQUEZ, JR., an individual; LIEUTENANT JAY BROCK, an individual; SERGEANT CARDENAS, an individual; DEPUTY MATTHIAS HERNANDEZ, an individual; DEPUTY TAYLOR HOBSON, an individual; DEPUTY S. JAJYO, an individual; DEPUTY JASON KENNEDY, an individual; and DOES 1-100, inclusive,<br>    Defendants. | **Case No.: 1:21-CV-00482-JLT-EPG**<br><br>[ASSIGNED TO THE HONORABLE JENNIFER L. THURSTON]<br><br>**JOINT STIPULATION AND ORDER ALLOWING PLAINTIFFS TO AMEND THE COMPLAINT TO ADD DEFENDANTS** |

Plaintiffs, Maria Elena Garcia; Adrieana Garcia; C.G., a minor by and through his *guardian ad litem* Maria Elena Garcia; S.G., a minor by and through her *guardian ad litem* Maria Elena Garcia; J.G., a minor by and through her *guardian ad litem* Maria Elena Garcia; and Gloria Garcia (collectively "Plaintiffs") and Defendants City of Farmersville, Tulare County, City of Visalia, Officer Eduardo Carrillo, Officer Diego Corona, Officer Jereme Brogan, Officer Paulino Manzano, Sergeant Ralph Vasquez Jr., Lieutenant Jay Brock, Sergeant Cardenas, Deputy Matthias Hernandez, Deputy Taylor Hobson, Deputy S. Jajyo, and Deputy Jason Kennedy (collectively "Defendants" and together with Plaintiffs, the "Parties"), through counsel, stipulate to and hereby request an Order allowing Plaintiffs to amend their complaint to add Defendants Wellpath, LLC, Tracia Anderson, and Eric Krenz.

The above-named parties, through their counsel of record, so stipulate:

**Whereas**, The parties are still early within the discovery process and have identified Wellpath, LLC, Tracia Anderson, and Eric Krenz as necessary Defendants to this action;

**Whereas**, the parties are all amenable to an amendment to Plaintiffs' operative complaint which will name Wellpath, LLC, Tracia Anderson, and Eric Krenz as Defendants;

**Whereas**, the parties agree that is amendment is not prejudicial to any party, the product of undue delay, proposed in bad faith, or futile;

**Whereas**, there will be no other changes made to the current operative complaint;

**Whereas**, the parties respectfully request that this Court enter an Order allowing Plaintiffs to amend their operative complaint to name Wellpath, LLC, Tracia Anderson, and Eric Krenz as Defendants.

DATED: April 20, 2022                **MCMURRAY HENRIKS, LLP**

By: /s/ *Justice Turner*
**Yana G. Henriks, Esq.**
**Justice Turner, Esq.**
Attorneys for Plaintiffs, MARIA ELENA GARCIA; ADRIEANA GARCIA; C.G., a minor by and through his *guardian ad litem* Maria Elena Garcia; S.G., a minor by and through her *guardian ad litem* Maria Elena Garcia; J.G., a minor by and through her *guardian ad litem* Maria Elena Garcia; and GLORIA GARCIA

JOINT STIPULATION AND ORDER ALLOWING PLAINTIFFS TO AMEND THE COMPLAINT

Dated: April 19, 2022          Amy Myers, Deputy County Counsel

By: /s/ *Kathleen Taylor* (as authorized on April 19, 2022)
**Kathleen A. Taylor, Esq.**
**Amy I. Myers, Esq.**
Attorney for Defendant County of Tulare

Dated: April 19, 2022          LONGYEAR & LAVRA, LLP

By: /s/ *Van Longyear* (as authorized on April 18, 2022)
**Van Longyear, Esq.**
Attorney for Farmersville Defendants

Dated: April 19, 2022          HERR PEDERSEN & BERGLUND LLP

By: /s/ *Leonard C. Herr* (as authorized on April 19, 2022)
**Leonard C. Herr, Esq.**
Attorney for Defendant City of Visalia

McMurray Henriks, LLP
811 Wilshire Boulevard Suite 1640
Los Angeles, CA 90017

- 3 -
JOINT STIPULATION AND ORDER ALLOWING PLAINTIFFS TO AMEND THE COMPLAINT

**ORDER**

Pursuant to the parties' stipulation (ECF No. 65) and Federal Rule of Civil Procedure 15(a)(2), Plaintiff may file an amended complaint within fourteen (14) days of entry of this order.

IT IS SO ORDERED.

Dated: __April 20, 2022__    /s/ Erica P. Grosjean
                              UNITED STATES MAGISTRATE JUDGE

PARTIES JOINT STIPULATION AND ORDER ALLOWING PLAINTIFFS TO AMEND THE COMPLAINT