UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA ELENA GARCIA, et al., | Case No. 1:21-cv-00482-JLT-EPG |
| Plaintiffs, | |
| v. | ORDER MODIFYING SCHEDULING ORDER |
| CITY OF FARMERSVILLE, et al., | (ECF Nos. 33, 47, 64, 76) |
| Defendants. | |

This matter is before the Court on the parties' joint stipulation to modify the Scheduling Order and to allow Defendants California Forensic Medical Group, Tracia Anderson, and Eric Krenz an extension to file their responses to Plaintiff's second amended complaint. (ECF No. 76). As grounds, the parties state that the deadlines and dates in the scheduling order should be modified because the parties are still early in the discovery process, some Defendants have recently been added with new counsel, and the issues are complex. (*See* ECF Nos. 33 (Scheduling Order entered June 14, 2021); 47 (as modified on February 17, 2022); 64 (as modified on April 5, 2022)).

While this Court previously warned that "no further modifications of the Scheduling Order will be granted absent extraordinary circumstances," the Court is persuaded to grant the parties' stipulated request based on the addition of new parties and counsel. (ECF No. 64, p. 4). However, if a further extension is requested, the Court will not be inclined to grant it and may

deny such request or set a status conference regarding the progress of the case.

Accordingly, IT IS HEREBY ORDERED that the Scheduling Order (ECF No. 33) is further modified as follows:

| Event | Current Deadline/Date | Proposed Deadline/Date |
|---|---|---|
| Non-Expert Discovery Cut-off | July 8, 2022 | November 28, 2022 |
| Expert Witness Disclosure | September 16, 2022 | December 16, 2022 |
| Rebuttal Expert Disclosure | October 14, 2022 | January 13, 2023 |
| Expert Discovery Cut-off | November 11, 2022 | February 10, 2023 |
| Dispositive Motion filing | December 12, 2022 | March 10, 2023 |
| Pretrial Conference | April 7, 2023 | July 28, 2023 Time: 1:30 p.m. Dept. 4 (JLT) |

No trial date has been set. All other terms and conditions of the Scheduling Order (ECF No. 33) remain in full force and effect.

Further, Defendants California Forensic Medical Group, Tracia Anderson, and Eric Krenz are granted an extension to file their responsive pleading by July 22, 2022.

IT IS SO ORDERED.

Dated:   **July 11, 2022**              /s/ Eric P. Grosjean
                                        UNITED STATES MAGISTRATE JUDGE

2