UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA ELENA GARCIA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF FARMERSVILLE, *et al.*, <br><br> Defendants. | Case No. 1:21-cv-00482-JLT-EPG <br><br> ORDER RE: STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii) OF DEFENDANTS CARDENAS, HERNANDEZ, HOBSON, AND KENNEDY <br><br> (ECF No. 155). |

On September 5, 2023, the parties filed a joint stipulation for dismissal with prejudice of Defendants Sergeant Guadalupe Cardenas, Deputy Matthias Hernandez, Deputy Taylor Hobson, and Lieutenant Jason Kennedy. (ECF No. 155). In light of the parties' stipulation, this action has been terminated against Defendants Cardenas, Hernandez, Hobson, and Kennedy, Fed. R. Civ. P. 41(a)(1)(A)(ii), and Plaintiffs claims against those defendants have been dismissed with prejudice. Accordingly, the Clerk of Court is directed to terminate on the docket Defendants Cardenas, Hernandez, Hobson, and Kennedy.
IT IS SO ORDERED.

Dated: **September 7, 2023**         /s/ Erica P. Grosjean
                                   UNITED STATES MAGISTRATE JUDGE

1