UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA ELENA GARCIA, *et al.*, | Case No. 1:21-cv-00482-JLT-EPG |
| Plaintiffs, | ORDER RE: STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii) OF DEFENDANTS CORONA, BROGAN, MANZANO, VASQUEZ, AND BROCK |
| v. | |
| CITY OF FARMERSVILLE, *et al.*, | |
| Defendants. | (ECF No. 165). |

On September 25, 2023, the parties filed a joint stipulation for dismissal with prejudice of Defendants Diego Corona, Jereme Brogan, Paulino Manzano, Rafael Vasquez, Jr. (sued as Ralph Vasquez, Jr.), and Jay Brock, with each party to bear its own costs and fees. (ECF No. 165). In light of the parties' stipulation, this action has been terminated against Defendants Corona, Brogan, Manzano, Vasquez, and Brock, Fed. R. Civ. P. 41(a)(1)(A)(ii), and Plaintiffs claims against those defendants have been dismissed with prejudice, with each party to bear its own costs and fees. Accordingly, the Clerk of Court is directed to terminate on the docket Defendants Corona, Brogan, Manzano, Vasquez, and Brock.
IT IS SO ORDERED.

Dated: __October 2, 2023__                /s/ Erica P. Grosjean
                                        UNITED STATES MAGISTRATE JUDGE

1