UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Maria Elena Garcia, et al., | No. 1:21-cv-00482-KJM-EPG |
| Plaintiffs, | ORDER |
| v. | |
| City of Farmersville, et al., | |
| Defendants. | |

This order addresses two matters. First, the City of Visalia requests a declaration from this court that plaintiffs' claims against it have been dismissed with prejudice. City of Visalia Pet. at 2, ECF No. 191. Plaintiffs object, stating Visalia has violated this court's standing order requiring parties to meet and confer before submitting a motion to the court. Pls' Objs. at 1, ECF No. 192. The court agrees with plaintiffs. This court's standing order states: "Prior to filing a motion in a case in which the parties are represented by counsel, counsel shall engage in a pre-filing meet and confer to discuss thoroughly the substance of the contemplated motion and any potential resolution." Standing Order No. 4(A)(a). Under local rules, a petition is defined as a motion. *See* E.D. Cal. L.R. 101. The court therefore **denies** City of Visalia's petition.

Second, defendant California Forensic Medical Group has filed a notice of Bankruptcy and has requested the court take notice of the Stay Order from Bankruptcy Judge Alfredo R. Perez and stay all further proceedings on the case for all parties. ECF No. 190. The court orders

1

all parties to **meet and confer** to discuss the impact of the bankruptcy proceedings on the case and **file a joint report** to the court within **30 days** of the filed date of this order.

Accordingly, IT IS HEREBY ORDERED as follows:

1. The court **denies** Visalia's Petition for a declaration from this court that plaintiffs' claims against it have been dismissed with prejudice (ECF No. 191); and
2. All parties are ordered to **meet and confer** to discuss the impact of the California Forensic Medical Group's bankruptcy proceedings on this case and **file a joint report** to the court within **30 days** of the publication of this order.

This order resolves ECF No. 191.

IT IS SO ORDERED.

DATED:  December 12, 2024.

_____
UNITED STATES DISTRICT JUDGE