McMurray Henriks, LLP
811 Wilshire Boulevard Suite 1640
Los Angeles, CA 90017

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA ELENA GARCIA, an individual; ADRIEANA GARCIA, an individual; C.G., a minor by and through his *guardian ad litem* Maria Elena Garcia; S.G., a minor by and through her *guardian ad litem* Maria Elena Garcia; J.G., a minor by and through her *guardian ad litem* Maria Elena Garcia; and GLORIA GARCIA; an individual, <br> Plaintiffs, <br> v. <br> CITY OF FARMERSVILLE, a California municipal entity; TULARE COUNTY, a California municipal entity; CITY OF VISALIA, a California municipal entity; OFFICER EDUARDO CARRILLO, an individual; OFFICER DIEGO CORONA, an individual; OFFICER JEREME BROGAN, an individual; OFFICER PAULINO MANZANO, an individual; SERGEANT RALPH VASQUEZ, JR., an individual; LIEUTENANT JAY BROCK, an individual; SERGEANT CARDENAS, an individual; DEPUTY MATTHIAS HERNANDEZ, an individual; DEPUTY TAYLOR HOBSON, an individual; DEPUTY S. JAJYO, an individual; DEPUTY JASON KENNEDY, an individual; California Forensic Medical Group, a California Corporation; Tracia Anderson, an individual; Eric Krenz, an individual; and DOES 1-100, inclusive, <br> Defendants. | Case No.: 1:21-CV-00482-KJM-EPG <br><br> *[Assigned to Honorable Kimberly J. Mueller; Magistrate Judge Erica P. Grosjean]* <br><br> **ORDER IN SUPPORT OF PLAINTIFF'S MOTION FOR APPOINTMENT OF GUARDIAN AD LITEM** <br><br> Date:            December 1, 2024 <br> Time:            10:00 a.m. <br> Courtroom:    10. 6th Floor <br> Magistrate Judge: Hon. Erica P. Grosjean |

- 1 -

ORDER RE:
PLAINTIFFS' MOTION FOR APPOINTMENT OF GUARDIAN AD LITEM

Whereas the Court having considered Plaintiff's Motion to Be Appointed as Guardian Ad Litem for her minor children, S.G. and J.G., together with any opposing papers, and good cause appearing,

**THEREFORE, IT IS HEREBY ORDERED** that Plaintiffs' Motion is GRANTED as follows:

1. Plaintiff Maria Elana Garcia shall be appointed as Guardian Ad Litem of her minor children, S.G. and J.G.
2. Plaintiff's adult child, C.G., shall continue in the case as an adult, individual Plaintiff, without the need for an amended complaint, naming C.G. as an individual plaintiff.

**IT IS SO ORDERED.**

DATED: May 23, 2025.

_____
UNITED STATES DISTRICT JUDGE