1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    Maria Elena Garcia, et al.,                    No. 1:21-cv-00482-KJM-EPG

12                      Plaintiffs,                   ORDER

13         v.

14    City of Farmersville, et al.,

15                      Defendants.

16

17         Having considered the joint status report at ECF No. 220 and the parties' statements at the

18    status conference on October 23, 2025, the court orders as follows:

19         (1) Plaintiffs must file a further status report within two weeks of the joint status

20    conference.  The status report must state which motions or petitions, if any, plaintiffs intend to

21    file in the United States Bankruptcy Court for the Southern District of Texas presiding over the

22    case jointly administered under Case No. 24-90533, and when those motions will be filed.  The

23    status report also must state whether plaintiffs intend to further pursue any claims in this action

24    against the defendant named as "California Forensic Medical Group, DBA Wellpath," naming the

25    bankruptcy trust in a nominal capacity, and if so, with respect to which claims.  Finally, the status

26    report must state whether plaintiffs intend to pursue further any claims against defendants Krenz

27    and Anderson in this action and if so, which claims.

1    (2) This matter is referred in part to a mandatory court-convened settlement conference

2    before the assigned Magistrate Judge, Judge Erica P. Grosjean, on **November 17, 2025, at 1:00**

3    **p.m.** The settlement conference will relate only to the claims against the County of Tulare,

4    Deputy Jajyo,[1] the City of Farmersville and Officer Carrillo.  Given the current posture of the

5    case, this order neither prohibits nor requires participation in the court-convened settlement

6    conference by any party affiliated with the defendant named in this case as "California Forensic

7    Medical Group, DBA Wellpath."  Counsel for plaintiffs and Tulare County, Jajyo, Farmersville

8    and Carrillo are instructed to promptly contact the courtroom deputy for Judge Grosjean, Felicia

9    Navarro, at fnavarro@caed.uscourts.gov or 559-499-5962, to ensure they comply with Judge

10    Grosjean's requirements with respect to the settlement conference she will convene.

11    IT IS SO ORDERED.

12    DATED:  October 24, 2025.

_____

SENIOR UNITED STATES DISTRICT JUDGE

---

[1] While at the status conference, plaintiffs' counsel and counsel for the County of Tulare appeared to believe Deputy Jajyo is no longer a party in the case, the court's review of the docket has not confirmed that belief.  Rather, at this time, Deputy Jajyo remains identified as a defendant and therefore the court expects him to participate in the settlement conference unless he is formally dismissed before the settlement conference begins.