UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA ELENA GARCIA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF FARMERSVILLE, *et al.*, <br><br> Defendants. | Case No. 1:21-cv-00482-JLT-EPG <br><br> ORDER RE: STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii) OF DEFENDANT COUNTY OF TULARE <br><br> (ECF No. 165). |

On March 10, 2026, the parties filed a joint stipulation for dismissal with prejudice of Defendant County of Tulare. (ECF No. 239). Plaintiff and Defendant County of Tulare entered into a settlement of Plaintiff's claims against Tulare County on March 2, 2026. (*Id.*).

In light of the parties' stipulation, this action has been terminated against Defendant County of Tulare  pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and Plaintiffs' claims against Defendant County of Tulare have been dismissed with prejudice, with each party to bear its own costs and fees.

Accordingly, the Clerk of Court is directed to terminate on the docket Defendant County of Tulare.

IT IS SO ORDERED.

Dated:  __**March 11, 2026**__          /s/ *Erin P. Grooj*
UNITED STATES MAGISTRATE JUDGE

1